**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

AHMAD MASOUD SHARIFY                    CASE NO.  1:25-CV-01867 SEC P
#A221-348-893

VERSUS                                  JUDGE EDWARDS

E GARCIA ET AL                          MAG. JUDGE PEREZ-MONTES

**JUDGMENT**

Before the Court is the Petition for Writ of Habeas Corpus filed by Ahmad Masoud Sharify (Docs. 1, 9 and 16), that was referred to the Magistrate Judge for a Report and Recommendation ("R&R"). The Magistrate Judge has recommended that the Petition be granted (Doc. 25). The Federal Respondents have objected to the R&R (the "Objection") (Doc. 26).

Having considered the R&R, the Objection, and having conducted a *de novo* review of the record, the Court finds the recommendation of the Magistrate Judge to be correct under applicable law. Further, the Court notes that the Objection fails to present facts supported by declaration, or other summary judgment-type evidence, that would demonstrate a significant likelihood of removal in the reasonably foreseeable future. To find otherwise, would allow Federal Respondents to defeat a habeas petition with last minute unsubstantiated assertions by counsel. Accordingly,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is GRANTED. The Petitioner shall be RELEASED by 5:00 pm July 17, 2026, under appropriate conditions.[1]

THUS DONE in Chambers on this 16th day of July, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Court expresses no opinion as to whether Petitioner could or should be taken into custody in the future if travel documents become available.